UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN YOUSIF ISRAEL KHAMO,<br><br>          Petitioner,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY SECRETARY, et al.,<br><br>          Respondents. | Case No. 2:25-cv-07502-PA-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation ("R&R") of the U.S. Magistrate Judge (Dkt. 22). Further, the Court has engaged in a de novo review of those portions of the R&R to which objections (Dkt. 23) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Motion to Dismiss (Dkt. 13) is granted. The Petition is dismissed without prejudice and with leave to amend.

DATED: February 23, 2026



_____

Percy Anderson
UNITED STATES DISTRICT JUDGE