O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN YOUSIF ISRAEL KHAMO,<br>Petitioner,<br>v.<br>DEPARTMENT OF HOMELAND SECURITY SECRETARY, et al.<br>Respondents. | Case No. 2:25-cv-07502-PA-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition (Dkt. 28), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 35). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 37) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Grounds One, Three, and Four of the First Amended Petition are

dismissed without prejudice.

2. Ground Two of the First Amended Petition is dismissed with prejudice.

DATED: October 5, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE