JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FABIAN YOUSIF ISRAEL KHAMO,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY SECRETARY, et al.,

Respondents.

Case No. 2:25-cv-07502-PA-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that ground Two of the First Amended Petition is dismissed with prejudice, and all other grounds are dismissed without prejudice.

DATED: October 6, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE